# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN RANDALL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:13-cv-03447 |
| | § | |
| ALLTECH, INC. | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT ALLTECH, INC.'S
## CERTIFICATE OF INTERESTED PARTIES

Pursuant to this Court's Order for Conference and Disclosure of Interested Parties [Doc. 2], Defendant Alltech, Inc. files this Certificate of Interested Parties.

1. Upon information and belief, the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations or other entities may be financially interested in the outcome of the litigation:

    a. Steven Randall, *Plaintiff;*

    b. Thomas H. Padgett, Jr., Charles L. Scalise, Daniel B. Ross of Ross Law Group, *Counsel for Plaintiff;*

    c. Alltech, Inc., *Defendant* (subsidiary of Parsons Brinckerhoff);

    d. Parsons Brinckerhoff (subsidiary of Balfour Beatty, plc)

    e. Balfour Beatty, plc.

2. In the event that, during the course of this litigation, Defendant discovers

other persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations or other entities that have a financial interest in the outcome of this litigation, Defendant will file an amended disclosure.

Respectfully submitted,

*/s/ Will Stukenberg*
Will Stukenberg
Attorney-in-Charge
State Bar No. 24051397
Southern District of TX Bar No. 55792
william.stukenberg@jacksonlewis.com
Jackson Lewis P.C.
Wedge International Tower
1415 Louisiana, Suite 3325
Houston, Texas 77002
Telephone: (713) 568-7854
Facsimile: (713) 650-0405
**ATTORNEYS FOR DEFENDANT**

**OF COUNSEL**:

Virginia Mixon Swindell
State Bar No. 00794711
Southern District of TX Bar No. 20303
Virginia.Swindell@jacksonlewis.com
Jackson Lewis P.C.
Wedge International Tower
1415 Louisiana, Suite 3325
Houston, Texas 77002
Telephone: (713) 650-0404
Facsimile: (713) 650-0405

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was filed electronically using the CM/ECF, which will send notice of electronic filing to the below counsel of record on February 11, 2014.

    Thomas H. Padgett, Jr.
    Ross Law Group
    4809 Pine Street
    Bellaire, Texas 77401

    Charles L. Scalise
    Daniel Be Ross
    Ross Law Group
    1104 San Antonio Street
    Austin, Texas 78701

*/s/ Virginia Mixon Swindell*
Virginia Mixon Swindell